# Court of Appeals
# of the State of Georgia

ATLANTA,  March 20, 2018

*The Court of Appeals hereby passes the following order:*

### A18E0037.  ARDSLEY PARK SAVANNAH PROPERTIES, LLC et al. v. THE MAYOR OF THE CITY OF SAVANNAH et al.

Ardsley Park Savannah Properties, LLC and Mark DeWitt (collectively, "DeWitt") have filed, pursuant to this Court's Rule 40 (b), an Emergency Motion for Supersedeas and Stay of the trial court's order entered on March 12, 2018, which granted the request for an interlocutory injunction filed by the Mayor and Aldermen of the City of Savannah.

Upon review and consideration of DeWitt's motion, we conclude that said motion fails to meet the standard for emergency relief as contemplated by Court of Appeals Rule 40 (b). Consequently, DeWitt's motion is hereby DENIED.  See generally *O'Brien v. O'Laughlin*, 557 U. S. 1301, 1302 (130 SCt 5, 174 LE2d 602) (2009) (Breyer, J., in chambers) (noting the four "traditional factors regulating the issuance of a stay"); *SRB Investment Svcs. v. Branch Banking & Trust Co.*, 289 Ga. 1, 5 (3) (709 SE2d 267) (2011) (identifying four factors to be considered with reference to an interlocutory injunction).



Court of Appeals of the State of Georgia
  Clerk's Office, Atlanta,  03/20/2018
  I certify that the above is a true extract from
the minutes of the Court of Appeals of Georgia.
  Witness my signature and the seal of said court
hereto affixed the day and year last above written.

_____ , Clerk.